Robert S. Arns, State Bar No. 65071
RSA@ARNSLAW.COM
Jonathan E. Davis, State Bar No. 191346
JED@ARNSLAW.COM
**THE ARNS LAW FIRM**
A Professional Corporation
515 Folsom Street, 3rd Floor
San Francisco, California  94105
Phone: (415) 495-7800
Fax: (415) 495-7888
Attorneys for Plaintiffs

Donald W. Carlson
Colin C. Munro
**CARLSON, CALLADINE & PETERSON**
353 Sacramento Street, 16th Floor
San Francisco, CA 94111
Counsel for Ahern Rentals, Inc.

Larry B. Panek
**CARROLL, BURDICK & McDONOUGH**
44 Montgomery St., Suite 400
San Francisco, CA 94104
Phone: (415) 989-5900
Fax: (415) 989-0932
Counsel for Genie Industries, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DOTY AND GINGER DOTY;<br><br>                 Plaintiff,<br><br>vs.<br><br>AHERN RENTALS, INC.; GENIE INDUSTRIES; and DOES 1 to 100, inclusive<br><br>                 Defendants.<br>_____ | ) No. 2:11-CV-00560-MCE-DAD<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE MANDATORY**<br>) **SETTLEMENT CONFERENCE**<br>)<br>)<br>) **Complaint Filed**: January 27, 2011<br>) **Trial Date**: November 4, 2013<br>)<br>) |

-1-
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE**

IT IS HEREBY STIPULATED, by and through the parties and their attorneys herein as follows:

1. The mandatory settlement conference date for this case is currently set for August 10, 2012.
2. The Parties are requesting this Court to accommodate the Parties to this action by continuing the mandatory settlement conference date to October 30, 2012.
3. The date to submit settlement conference statements to the Court shall be moved in accordance with the new mandatory settlement conference date.

**IT IS SO STIPULATED.**

Date:   August ___, 2012          BASSI, EDLIN, HUIE & BLUM LLP


                                  By: _____
                                      Todd L. Peterson
                                      Attorneys for Defendant
                                      AHERN RENTALS, INC.

Date:   August ___, 2012          CARLSON, CALLADINE & PETERSON


                                  By: _____
                                      Colin C. Munro
                                      Attorneys for Defendant
                                      AHERN RENTALS, INC.

Date:   August ___, 2012                    CARROLL BURDICK & MCDONOUGH LLP

By: _____
    LARRY PANEK
    Attorneys for Defendant
    GENIE INDUSTRIES, INC.

Date:   August ___, 2012                    THE ARNS LAW FIRM

By: _____
    JONATHAN E. DAVIS
    Attorneys for Plaintiffs
    DANIEL DOTY and GINGER DOTY

**IT IS SO ORDERED.**
**Date:  8/7/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE