IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL DOTY, et al.,

        Plaintiffs,                      No. 2:11-cv-00560-MCE-AC

        v.

AHERN RENTALS, INC., et al.,

        Defendants.                 <u>ORDER</u>

        WHEREAS, following all parties verbally agreeing to a global settlement in this case, a material dispute has arisen between Ahern Rentals, Inc. ("Ahern") and Ironshore Specialty Insurance Co. ("Ironshore"). Specifically, those parties now recognize that the settlement agreement will not include mutual releases between Ahern and Ironshore.

        In light of this potential material dispute, it is HEREBY ORDERED that Ahern shall notify the undersigned by no later than Monday, January 7, 2013, at 3:00 p.m., whether it still wishes to proceed with the settlement notwithstanding the lack of mutual releases between Ahern and Ironshore. If Ahern does not wish to proceed with the settlement, the undersigned will issue an order stating that there is no settlement in this case, and dates for proceeding with the litigation will be rescheduled. If Ahern wishes to proceed with the settlement, the undersigned will set a new date for the filing of the dispositional documents.

1

The clerk of court shall also serve this order on: William Morison, counsel for Ironshore, at WCM@Morisonlaw.com; and Randy Marmor counsel for Zurich American Insurance Compamy, at RMarmor@SPCClaw.com.

DATED: January 2, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE