IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL DOTY, et al.,

Plaintiffs, No. 2:11-cv-00560-MCE-AC

v.

AHERN RENTALS, INC., et al.,

Defendants. ORDER

_________________________________/

WHEREAS, all parties have verbally agreed to a settlement in this matter (including Ahern Rentals, Inc. ("Ahern") although the settlement agreement will not include mutual releases between Ahern and Ironshore Specialty Insurance Co.).

Accordingly, IT IS HEREBY ORDERED that all dispositional documents will be filed with the court by February 7, 2013. All other dates in this case are vacated.

If prior to February 7, 2013, all documents necessary to effectuate the settlement have been signed by all parties and involved entities (including insurance carriers) but Ahern needs additional time to obtain Bankruptcy Court approval of the settlement, it may submit an application for extension of the date for filing of the dispositional documents. However, if all parties and involved entities have not signed all necessary paperwork to effectuate the settlement by February 7, 2013, the undersigned requires a status report from all parties and involved

entities regarding the reasons for such delay, and the undersigned will consider sanctions against any and all parties, involved entities, or counsel whom the undersigned concludes have been unreasonable in delaying conclusion of the settlement.

The Clerk of Court shall also serve this order on: William Morison, counsel for Ironshore, at WCM@Morisonlaw.com; and Randy Marmor counsel for Zurich American Insurance Compamy, at RMarmor@SPCClaw.

DATED: January 7, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE