TODD L. PETERSON, ESQ. (SBN 142438)
tpeterson@behblaw.com
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:    (415) 397-1339

Attorneys for Defendant
AHERN RENTALS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DOTY and GINGER DOTY, <br><br> Plaintiffs, <br><br> vs. <br><br> AHERN RENTALS, INC.; GENIE INDUSTRIES; and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No. 2:11-cv-00560-MCE-AC <br><br> **ORDER OF DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION** |

Based upon the Stipulation of Dismissal entered into between plaintiffs DANIEL DOTY and GINGER DOTY and defendants AHERN RENTALS, INC. and GENIE INDUSTRIES, INC., and the Court finding that there is no good reason for delay in entry of judgment dismissing all claims against defendants in above-captioned action,

Plaintiffs' claims against defendants are dismissed with prejudice and that no party is awarded any costs and disbursements incurred herein.  The Clerk is directed to close the file.

IT IS SO ORDERED.

DATED: April 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

1